USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **21-CR-360 (VM)** |
| - against - | **16-CV-3602 (VM)** |
| FRANKLIN MINAYA | **ORDER** |
| Defendant. | |

**VICTOR MARRERO, United States District Judge.**

On April 20, 2026, defendant Franklin Minaya filed a pro se motion for relief from a final judgment. (See Dkt. No. 486.) The Government is hereby directed to respond to this motion within sixty (60) days.

**SO ORDERED.**

Dated:    30 April 2026
          New York, New York

Victor Marrero
U.S.D.J.